# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:22-cr-161 |
| Ash Featherman, | ) | |
| | ) | |
| Defendant. | ) | |

On March 30, 2023, the Court issued an order furloughing Defendant that same day so that he could obtain a chemical dependency evaluation. (Doc. No. 51). On motion by Defendant, the court amended its order to instead furlough Defendant on April 4, 2023. (Doc. No. 54). Defendant could not be transported to his chemical dependency evaluation as anticipated due to inclement weather on April 4, 2023. He has now filed a motion requesting that the court further amend its previous orders and furlough him on Monday, April 10, 2023, at 1:00PM for his chemical dependency evaluation (Doc. No. 55).

The Court **GRANTS** Defendant's motion. (Doc. No. 55). Defendant shall be temporarily released to his mother, Kimberly Pumpkin Seed, on April 10, 2023, no earlier than 10:30 AM for transport to Avera Addiction Care Center for the evaluation. Immediately upon the completion of the evaluation, Defendant shall return to the detention facility, by no later than 8:30 PM on April 10, 2023. Defendant shall abide by all other previously imposed conditions while on temporary release.

**IT IS SO ORDERED.**

Dated this 7th day of April, 2023.

                                                  */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court