# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Ash Featherman, ) | Case No. 1:22-cr-161 |
| ) | |
| Defendant. ) | |

On March 30, 2023, the court issued an order authorizing Defendant's temporary release to his mother on April 4, 2023, for transport to Avera Addiction Care Center ("Avera") for an evaluation. (Doc. No. 54). Defendant was not able to travel to Avera as scheduled due to inclement weather. Consequently, on motion by Defendant, the court amended its March 30, 2023, to authorize Defendant's temporary release to his mother on April 10, 2023, for transport to Avera. (Doc. No. 57).

On April 10, 2023, the court was advised that Defendant's mother was unable to transport Defendant to Avera as anticipated. Consequently, the court **VACATES** its order temporarily releasing Defendant. Defendant shall remain in custody pending further order.

**IT IS SO ORDERED.**

Dated this 10th day of April, 2023.

/s/ *Clare R. Hochhalter*
Clare Hochhalter, Magistrate Judge
United States District Court